# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:     MINNE M. WALKER                                          Case Number: 06-70112
24 N. LOUIS AVENUE                   SSN-xxx-xx-2187
FREEPORT, IL 61032

Case filed on:        2/1/2006
Plan Confirmed on:    9/1/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $4,465.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | HITCHCOCK & ASSOCIATES, P.C. | 2,753.50 | 2,753.50 | 1,742.17 | 0.00 |
|  | Total Legal | 2,753.50 | 2,753.50 | 1,742.17 | 0.00 |
|  |  |  |  |  |  |
| 016 | RENT A CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | MINNE M. WALKER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 002 | FRANKLIN CREDIT MANAGEMENT CORP | 25,656.50 | 0.00 | 0.00 | 0.00 |
| 003 | FRANKLIN CREDIT MANAGEMENT CORP | 6,381.64 | 0.00 | 0.00 | 0.00 |
| 004 | HSBC AUTO FINANCE | 10,590.41 | 5,800.00 | 2,007.55 | 480.87 |
|  | Total Secured | 42,628.55 | 5,800.00 | 2,007.55 | 480.87 |
|  |  |  |  |  |  |
| 001 | CONSECO MTG | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | HSBC AUTO FINANCE | 0.00 | 1,820.36 | 0.00 | 0.00 |
| 005 | HSBC AUTO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMSHER COLLECTION SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ASSOC COLL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BUSINESSMEN'S COLLECTION BUREAU | 744.91 | 283.07 | 0.00 | 0.00 |
| 009 | COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | IC SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | SOUTHEASTERN ASSET RECOVERY SERVICES | 892.30 | 339.07 | 0.00 | 0.00 |
| 012 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,673.32 | 635.86 | 0.00 | 0.00 |
| 013 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD MERCANTILE AGENCY INC | 269.00 | 102.22 | 0.00 | 0.00 |
| 015 | CITIFINANCIAL AUTO LTD | 11,131.29 | 4,229.89 | 0.00 | 0.00 |
| 017 | RENT A CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MIDLAND CREDIT MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 14,710.82 | 7,410.47 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 60,092.87 | 15,963.97 | 3,749.72 | 480.87 |

Total Paid Claimant:      $4,230.59
Trustee Allowance:        $234.41
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007                     By  _/s/Heather M. Fagan_____